# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Chrishawn Johnson individually and on behalf of all similarly situated individuals, Gavin Brandt individually and on behalf of all similarly situated individuals, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-70 PJS/HB |
| Thomson Reuters doing business as Findlaw, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

plaintiffs' motion for approval of the FLSA collective action settlement [ECF No. 50] is GRANTED. Plaintiffs' claims are DISMISSED WITH PREJUDICE in accordance with the settlement agreement.

Date: 3/19/2019                          KATE M. FOGARTY, CLERK

                                                          s/M. Price
                                                  (By)  M. Price, Deputy Clerk